Opinion filed February 1, 1937. Rehearing denied February 15, 1937.

Stearns & Jones, for appellant; Lloyd M. McBride, of counsel. Heile, Cavender, Milchrist & Kaiser, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

James W. Svantner et al., appellants, v. Prudential Insurance Company of America, appellee. Gen. No. 39,102.

Opinion filed February 1, 1937.

Stebbins, McKinley & Price, for appellants; William McKinley and Paul E. Price, of counsel. Hoyne, O'Connor & Rubinkam, for appellee; Nathaniel Rubinkam and William S. Allen, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

F. H. Andersen, trading as F. H. Andersen Decorating Company, appellee, v. Mrs. Nathan Hymen and Hymen and Stenhouse, Inc., appellants. Gen. No. 39,143.

Opinion filed February 1, 1937.

Philip A. Weinstein, for appellants. Samuel A. and Leonard B. Ettelson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

The Northern Trust Company, appellee, v. William J. Bridgman et al., on appeal of William J. Bridgman et al., appellants. Gen. No. 39,017.

Opinion filed February 1, 1937. Rehearing denied February 15, 1937.

Cutting, Moore & Sidley, for appellants; Merritt C. Bragdon and Middleton Miller, of counsel. Bottom, Hudnall, Lecher, Michael & Whyte, for certain appellees; Robert McCurdy, of counsel. Arthur Abraham, guardian ad litem.

Mr. Justice O'Connor delivered the opinion of the court.